## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 249 MISSOURI AVE COMMUNITY DEVELOPMENT, LLC ) ) ) Plaintiff, ) ) v. ) ) PHH MORTGAGE CORPORATION, *et al*. ) ) Defendants. ) | Case No. 1:21-cv-02408 (RDM) |

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(i), Plaintiff, 249 Missouri Ave Community Development, LLC, voluntarily dismisses this action against all defendants. This dismissal is *without prejudice*.

Respectfully executed this 28th day of December, 2021.

Respectfully submitted,

**249 Missouri Ave Community Development, LLC**

/s/
Jeffrey W. Styles, Esq., Bar #475264
Washington Legal Group, LLC
1666 K Street Northwest - Suite 440
Washington, District of Columbia 20006
Telephone:    (202) 503-1708
E-mail:    jstyles@washlegal.com

*Counsel for Plaintiff*